UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:16-cv-1544-JLS-JCGx            Date: October 5, 2016

Title: Andrea Pinto, et al. v. Residence Inn By Marriott, LLC, et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                        Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**

      The Court may raise the issue of subject matter jurisdiction at any time, sua sponte. *See U.S. Catholic Conference v. Abortion Rights Mobilization*, 487 U.S. 72, 79 (1988). For cases removed from state court, "[i]f at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded." 28 U.S.C. § 1447(c). "[T]he defendant always has the burden of establishing that removal is proper." *Gaus v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir. 1992). Generally, subject matter jurisdiction is based on the presence of complete diversity between the parties, *see* 28 U.S.C. § 1332, or on the presence of an action arising under federal law, *see* 28 U.S.C. § 1331. In the Ninth Circuit, "an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006); *see Americold Realty Trust v. Conagra Foods, Inc.*, 136 S. Ct. 1012, 1016 (2016) ("So long as . . . an entity is unincorporated, we apply our 'oft-repeated rule' that it possesses the citizenship of all its members.").

      Here, Defendants allege federal subject matter jurisdiction under 28 U.S.C. § 1332. (Notice of Removal ¶ 5, Doc. 1.) Although Defendants allege that Defendant Residence Inn By Marriott, LLC is a Delaware limited liability company with its principal place of business in Maryland, Defendants do not plead the citizenship of every owner or member of Residence Inn By Marriott, LLC.

      For the reasons set forth above, the Court ORDERS:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:16-cv-1544-JLS-JCGx                              Date: October 5, 2016

Title:  Andrea Pinto, et al. v. Residence Inn By Marriott, LLC, et al.

1) Defendants to show cause in writing no later than **October 14, 2016** why this action should not be remanded to state court for lack of subject matter jurisdiction.  Failure to respond by the above date will result in the Court remanding this action.

Initials of Preparer:  tg